DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Cannon & Co., LLP v. Estate of Alexander<br><br>Case below:<br>184 N.C. App. ——<br>(19 June 2007) | No. 333P07 | Def's PDR Under N.C.G.S. 7A-31 (COA06-1019) | Denied 11/08/07 |
| Capps v. NW Sign Indus. of N.C., Inc.<br><br>Case below:<br>185 N.C. App. ——<br>(21 August 2007) | No. 383P05-2 | Plt's Motion to Seal Response to Defs' PDR (COA06-1297) | Denied 11/08/07 |
| Clemmons v. Securitas, Inc.<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 324P07 | 1. Defs' Motion for Temporary Stay (COA06-1346)<br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31<br><br>4. Plt's Motion to Dismiss PDR<br><br>5. Defs' Motion for Reconsideration of Denial of Motion for Temporary Stay Under Rule 23<br><br>6. Plt's Conditional PDR<br><br>7. Def's Motion to Amend PDR | 1. Denied 07/11/07 361 N.C. 567<br><br>2. Denied 10/11/07<br><br>3. Denied 10/11/07<br><br>4. Dismissed as Moot 10/11/07<br><br>5. Denied 10/11/07<br><br>6. Dismissed as Moot 10/11/07<br><br>7. Allowed 10/11/07 |
| Crandell v. American Home Assurance Co.<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 321P07 | 1. Def's PDR Under N.C.G.S. 7A-31 (COA06-533)<br><br>2. Plt's Conditional PDR Under N.C.G.S. 7A-31 | 1. Denied 11/08/07<br><br>2. Dismissed as Moot 11/08/07 |
| Crocker v. Roethling<br><br>Case below:<br>184 N.C. App. ——<br>(3 July 2007) | No. 374P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-802-2) | Allowed 11/08/07 |
| D.A.N. Joint Venture, III, Ltd. P'ship v. Fenner<br><br>Case below:<br>181 N.C. App. 759 | No. 145P07 | Def's PDR Under N.C.G.S. 7A-31 (COA06-628) | Denied 11/08/07 |